UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY A. MORTON,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON MURATA,<br><br>      Defendant. | No. 2:15-cv-00277-SAB<br><br>**ORDER DISMISSING CASE** |

On February 27, 2017 the Court issued an order to show cause, as no activity had occurred in this case in over one year. Plaintiff timely responded on March 6, 2017 and indicated to the Court that an action on the facts of this case is currently being pursued in a Hawaii state court. Plaintiff asks that this case be terminated.

Under Fed. R. Civ. P. 41(a)(1)(A), a Plaintiff may voluntarily dismiss a claim when the opposing party has not filed an answer or a motion for summary judgment. The Court grants Plaintiff's request and dismisses the case without prejudice according to Fed. R. Civ. P. 41(a)(1)(B).

//
//
//
//
//

**ORDER DISMISSING CASE ^ 1**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The case and all of Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 6th day of March, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE ^ 2**